# United States Court of Appeals
## For the First Circuit

No. 15-1218

FRANKLIN CALIFORNIA TAX-FREE TRUST; FRANKLIN NEW YORK TAX-FREE TRUST; FRANKLIN TAX-FREE TRUST; FRANKLIN MUNICIPAL SECURITIES TRUST; FRANKLIN CALIFORNIA TAX-FREE INCOME FUND; FRANKLIN NEW YORK TAX-FREE INCOME FUND; FRANKLIN FEDERAL TAX-FREE INCOME FUND; OPPENHEIMER ROCHESTER FUND; MUNICIPALS OPPENHEIMER MUNICIPAL FUND; OPPENHEIMER MULTI-STATE MUNICIPAL TRUST; OPPENHEIMER ROCHESTER OHIO MUNICIPAL FUND; OPPENHEIMER ROCHESTER ARIZONA MUNICIPAL FUND; OPPENHEIMER ROCHESTER ARIZONA MUNICIPAL FUND; OPPENHEIMER ROCHESTER VIRGINIA MUNICIPAL FUND; OPPENHEIMER ROCHESTER MARYLAND MUNICIPAL FUND; OPPENHEIMER ROCHESTER LIMITED TERM CALIFORNIA MUNICIPAL FUND; OPPENHEIMER ROCHESTER CALIFORNIA MUNICIPAL FUND; ROCHESTER PORTFOLIO SERIES; OPPENHEIMER ROCHESTER AMT-FREE MUNICIPAL FUND; OPPENHEIMER ROCHESTER AMT-FREE NEW YORK MUNICIPAL FUND; OPPENHEIMER ROCHESTER MICHIGAN MUNICIPAL FUND; OPPENHEIMER ROCHESTER MICHIGAN MUNICIPAL FUND; OPPENHEIMER ROCHESTER MASSACHUSETTS MUNICIPAL FUND; OPPENHEIMER ROCHESTER NORTH CAROLINA MUNICIPAL FUND; OPPENHEIMER ROCHESTER MINNESOTA MUNICIPAL FUND

Plaintiffs - Appellees

v.

COMMONWEALTH OF PUERTO RICO; ALEJANDRO GARCIA-PADILLA, as Governor Of the Commonwealth of Puerto Rico

Defendants - Appellants

PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); MELBA ACOSTA, as Government Development Bank for Puerto Rico Agent; JOHN DOE

Defendants

No. 15-1221

BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, for and on behalf of investment funds for which it acts as investment manager

Plaintiff - Appellee

v.

ALEJANDRO J. GARCIA-PADILLA, in his official capacity as Governor of Puerto Rico; CESAR R. MIRANDA-RODRIGUEZ, in his official capacity as Secretary of Justice of the Commonwealth of Puerto Rico

Defendants - Appellants

JOHN DOE, in his official capacity as employee or agent for the Government Development Bank of Puerto Rico

Defendant

_____

No. 15-1272

BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, for and on behalf of investment funds for which it acts as investment manager

Plaintiff - Appellee

v.

JOHN DOE, in his official capacity as employee or agent for the Government Development Bank for Puerto Rico

Defendant - Appellant

ALEJANDRO GARCIA-PADILLA, in his official capacity as Governor of Puerto Rico; CESAR R. MIRANDA-RODRIGUEZ, in his official capacity as Secretary of Justice of the Commonwealth of Puerto Rico

Defendants

_____

No. 15-1271

FRANKLIN CALIFORNIA TAX-FREE TRUST; FRANKLIN NEW YORK TAX-FREE TRUST; FRANKLIN TAX-FREE TRUST; FRANKLIN MUNICIPAL SECURITIES TRUST;

FRANKLIN CALIFORNIA TAX-FREE INCOME FUND; FRANKLIN NEW YORK TAX-FREE INCOME FUND; FRANKLIN FEDERAL TAX-FREE INCOME FUND; OPPENHEIMER ROCHESTER FUND MUNICIPALS; OPPENHEIMER MUNICIPAL FUND; OPPENHEIMER MULTI-STATE MUNICIPAL TRUST; OPPENHEIMER ROCHESTER OHIO MUNICIPAL FUND; OPPENHEIMER ROCHESTER ARIZONA MUNICIPAL FUND; OPPENHEIMER ROCHESTER VIRGINIA MUNICIPAL FUND; OPPENHEIMER ROCHESTER MARYLAND MUNICIPAL FUND; OPPENHEIMER ROCHESTER LIMITED TERM CALIFORNIA MUNICIPAL FUND; OPPENHEIMER ROCHESTER CALIFORNIA MUNICIPAL FUND; ROCHESTER PORTFOLIO SERIES; OPPENHEIMER ROCHESTER AMT-FREE MUNICIPAL FUND; OPPENHEIMER ROCHESTER AMT-FREE NEW YORK MUNICIPAL FUND; OPPENHEIMER ROCHESTER MICHIGAN MUNICIPAL FUND; OPPENHEIMER ROCHESTER MASSACHUSETTS MUNICIPAL FUND; OPPENHEIMER ROCHESTER NORTH CAROLINA MUNICIPAL FUND; OPPENHEIMER ROCHESTER MINNESOTA MUNICIPAL FUND

Plaintiffs - Appellees

v.

MELBA ACOSTA-FEBO, as Government Development Bank for Puerto Rico Agent

Defendant - Appellant

PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); COMMONWEALTH OF PUERTO RICO; ALEJANDRO GARCIA-PADILLA, as Governor of the Commonwealth of Puerto Rico

Defendants

_____

**ORDER OF COURT**

Entered: May 4, 2015

Appellees' request to change the order in which they will present oral argument is allowed.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Gabriel R. Aviles-Aponte
Manuel Fernandez-Bared
Jonathan Mark Wagner

Linette Figueroa-Torres
David Ellis Blabey Jr.
Philip Bentley
Thomas Moers Mayer
Christopher Landau
Janitza M. Garcia-Marrero
Margarita Luisa Mercado-Echegaray
Joseph Gabriel Feldstein-Del Valle
Zarel Joan Soto-Acaba
Claire McCusker Murray
Jorge R. Roig
Virgilio J. Machado Aviles
Joanne Alexandra Tomasini-Muniz
Lawrence B. Friedman
Lewis Jeffrey Liman
Richard James Cooper
Sean Aaron O'Neal
Edilberto Berrios-Perez